MAME MARIE BA

VERSUS

MANDIAYE NDIAYE

NO. 24-C-261

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

_Wiseman_
Linda Wiseman
First Deputy, Clerk of Court

June 13, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** MAME MARIE BA

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE RAYMOND S. STEIB, JR., DIVISION "A", NUMBER 847-690

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

## WRIT GRANTED; JUDGMENT VACATED; REMANDED WITH INSTRUCTIONS

In this writ application, Mame Marie Ba seeks this Court's supervisory review of the trial court's May 10, 2024 *ex parte* Order which rescinded Ms. Ba's *in forma pauperis* status.

On December 22, 2023, the Domestic Commissioner granted Ms. Ba's application to proceed *in forma pauperis*, pursuant to La. C.C.P arts. 5181, *et seq.* On May 7, 2024, Mandiaye Ndiaye filed "Defendant's Traversal of *In Forma Pauperis* Affidavit." On May 10, 2024, the trial court signed an *ex parte* Order rescinding Ms. Ba's *in forma pauperis* status.

Louisiana Code of Civil Procedure article 5184 provides:

A. An adverse party or the clerk of the court in which the litigation is pending may traverse the facts alleged in the affidavits of poverty, and the right of the applicant to exercise the privilege granted in this Chapter, ***by a rule against him to show cause*** why the order of court permitting him to litigate, or to continue the litigation, without paying the costs in advance, or as they accrue, or furnishing security therefor, should not be rescinded. However, only one rule to traverse the affidavit of poverty shall be allowed, whether the rule is filed by an adverse party or the clerk of court.

B. The court shall rescind its order if, ***on the trial of the rule to traverse,*** it finds that the litigant is not entitled to exercise the privilege granted in this Chapter.

(Emphasis added.)

There is no evidence in the record that the trial court issued a rule to show cause to traverse Ms. Ba's application to proceed *in forma pauperis*, or conducted a contradictory hearing on Mr. Ndiaye's traversal of Ms. Ba's *in forma pauperis* status, as required by La. C.C.P. art. 5184. We thus find that the trial court erred in its *ex parte* rescission of Ms. Ba's *in forma pauperis* status. Accordingly, we grant Ms. Ba's writ application, vacate the Order rescinding Ms. Ba's *in forma pauperis* status, and order the trial court to set a rule to show cause and conduct a contradictory hearing on Mr. Ndiaye's traversal of Ms. Ba's *in forma pauperis* status, as required by La. C.C.P. art. 5184, within 10 days from the date of this disposition.[1]

Gretna, Louisiana, this 13th day of June, 2024.

**JGG**
**SMC**
**FHW**

---

[1] We express no opinion as to the merits of Mr. Ndiaye's traversal of Ms. Ba's *in forma pauperis* status.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **06/13/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-261**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Hon. Raymond S. Steib, Jr. (DISTRICT JUDGE)
Hannah D. Adams (Relator)
Alistair A. Adkinson (Respondent)

### MAILED
Jeremy L. Schrady (Relator)
Attorney at Law
1340 Poydras Street
Suite 720
New Orleans, LA 70112

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Jeremy L. Schrady
Attorney at Law
1340 Poydras Street
Suite 720
New Orleans, LA 70112
24-C-261                    06-13-24

9590 9402 2434 6249 3567 05

**2. Article Number** *(Transfer from service label)*

7016 2070 0000 0954 8537

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X

☐ Agent
☐ Addressee

**B. Received by** *(Printed Name)*     **C. Date of Delivery**

Maritza Gale     6-14-24

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt